UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.     CASE NO. 8:08-cr-22-T-30MAP

WALBERTO RIVERA-TORRES,

    Defendant.

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion (Dkt. #39) by the United States for a Final Judgment of Forfeiture for the following property:

    a.     $122,956.11 in U.S. currency;

    b.     $1,067.00 in negotiable instruments (checks);

    c.     a 1998 Toyota Tacoma Pick Up Truck, VIN 4TAVL52N9WZ039060;

    d.     a 2003 Suzuki Motorcycle, VIN JS1GW71A332107026, Model No. GSX 1300R; and

    e.     a Black Glock 40 Caliber Handgun, Serial No. FHK 719, and ammunition.

1.     On March 26, 2008, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture (Dkt. #30), forfeiting to the United States of America all right, title, and interest of defendant Walberto Rivera-Torres.

2.      The only persons or entities known to have an alleged interest in the subject 2003 Suzuki Motorcycle is Josie Gonzalez Lopez.  On, March 31, 2008, the United States sent, via certified U.S. mail, Notices of Forfeiture, Acknowledgments of Receipt of Notice of Forfeiture, and copies of the Preliminary Order of Forfeiture in the instant case to Josie Gonzalez Lopez.  On April 3, 2008, the United States received the signed return receipt from Josie Gonzalez Lopez, however, no claim was filed.

3.      In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of its intent to dispose of the property, in the *Free Press*, a newspaper of general circulation in Hillsborough County, Florida on April 19, 2008, April 26, 2008 and May 3, 2008.  (Dkt. #33).  The publication gave notice to all third parties with a legal interest in the subject property to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 30 days of the final date of publication.  The publication also requested readers to "[p]lease check www.forfeiture.gov for a listing of all judicial forfeiture notices as newspaper publication of judicial forfeiture notices will be discontinued in the near future."

4.      The United States also published notice of the forfeiture on the official government website, www.forfeiture.gov, pursuant to 21 U.S.C. § 853(n), from April 8, 2008 to May 7, 2008.  (Dkt. #32).

5.	No persons or entities, other than the defendant Walberto Rivera-Torres, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, and the persons and entities identified above, are known to have an interest in the subject assets.  No third party has filed a Petition of Ownership in the subject property to date, and the time for filing such Petition has expired.

6.	The Court finds that the subject assets are the property of defendant Walberto Rivera-Torres.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion (Dkt. #39) is GRANTED.  It is FURTHER ORDERED that all right, title and interest in following property is CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(c)(2), for disposition according to law:

    a.	$122,956.11 in U.S. currency;

    b.	$1,067.00 in negotiable instruments (checks);

    c.	a 1998 Toyota Tacoma Pick Up Truck, VIN 4TAVL52N9WZ039060;

    d.	a 2003 Suzuki Motorcycle, VIN JS1GW71A332107026, Model No. GSX 1300R; and

    e.	a Black Glock 40 Caliber Handgun, Serial No. FHK 719, and ammunition.

Clear title to the property is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on July 8, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Adelaide G. Few, AUSA
Counsel and Parties of Record

F:\Docs\2008\08-cr-22.fj forfeit 39.wpd